A CERTIFIED TRUE COPY

AUG - 2 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2007

FILED
CLERK'S OFFICE

ORIGINAL

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1708

### IN RE Guidant Corp. Implantable Defibrillators Products Liability Litigation

(SEE ATTACHED SCHEDULE)   CV407-76

### CONDITIONAL TRANSFER ORDER (CTO-38)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 443 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK
U.S. DIST. COURT
SO. DIST. OF GA.

2007 AUG 14 A 9: 2[?]

FILED
U.S. DIST. COURT
SAVANNAH DIV.

SCANNED
AUG 07 2007
U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-38 - TAG-ALONG ACTIONS
## MDL NO. 1708
### IN RE Guidant Corp. Implantable Defibrillators Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 3  07-528 | Ruby Holtzclaw, etc. v. Guidant Corp., et al. | 07-3612 |
| **FLORIDA NORTHERN** | | |
| FLN 3  07-248 | Betty Lous Hawks, et al. v. Guidant Corp., et al. | 07-3613 |
| **FLORIDA SOUTHERN** | | |
| FLS 9  07-80536 | Robert Denton v. Guidant Sales Corp. | 07-3614 |
| **GEORGIA SOUTHERN** | | |
| GAS 4  07-76 | John Dixon, et al. v. Guidant Corp., et al. | 07-3615 |
| **ILLINOIS NORTHERN** | | |
| ILN 1  07-3393 | Eleanor Keating, etc. v. Guidant Corp., et al. | 07-3616 |
| **KANSAS** | | |
| KS 2  07-2267 | Roseana Owens, etc. v. Guidant Corp., et al. | 07-3617 |
| **NEW JERSEY** | | |
| NJ 1  07-2841 | David Henry Wolfendon v. Guidant Corp., et al. | 07-3618 |
| NJ 1  07-2842 | Sunny Issacson v. Guidant Corp., et al. | 07-3619 |
| NJ 2  07-2834 | Charles Dawson v. Guidant Corp., et al. | 07-3620 |
| **NEVADA** | | |
| NV 2  07-793 | Lloyd Batts, et al. v. Guidant Corp., et al. | 07-3621 |
| **OHIO SOUTHERN** | | |
| OHS 2  07-584 | Ruth Grimm, etc. v. Guidant Corp., et al. | 07-3622 |
| OHS 2  07-598 | Lee Fuzi v. Guidant Sales Corp. | 07-3623 |
| **VERMONT** | | |
| VT 2  07-133 | Jane Powers, etc. v. Guidant Corp., et al. | 07-3624 |

# United States District Court
# District of Minnesota
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

August 8, 2007

Scott Poff, Clerk
PO Box 8286
Savannah, GA 31412-8286

In re:   MDL- 1708 -- In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation
YOUR CASE NUMBER:  C.A. No. 4:07-76   Dixon, et al  v. Guidant
DISTRICT OF MINNESOTA CASE NUMBER: 07-3615   DWF/AJB

Dear Clerk of Court:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on June 17, 2007.   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota.  The cases are assigned to Judge Donovan W. Frank and Magistrate Arthur J. Boylan for coordinated or consolidated pretrial proceedings.  Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to:  Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415.  Communications regarding these actions should be directed to Ms. Mary Kaye Conery  or Ms. Lou Jean Gleason  at (612) 664-5000.  Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Judge Donovan W. Frank
    Judicial Panel on Multidistrict Litigation